UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**MICHELLE GILL,**

     **Plaintiff,**

                                 **Case No. 05-70739**

**v.**

                                 **HONORABLE DENISE PAGE HOOD**

**JO ANNE B. BARNHART,**
Commissioner of Social Security**,**


     **Defendant.**

_____/

### **JUDGMENT**

     In accordance with the Order entered this date, granting Defendant's Motion for

Summary Judgment;

     Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

                                 DAVID J. WEAVER
                                 CLERK OF THE COURT


Approved:                              By: s/   Wm. F. LEWIS_____
                                     Deputy Clerk


s/   DENISE PAGE HOOD_____
DENISE PAGE HOOD
United States District Judge

DATED: March 28, 2006


     I hereby certify that a copy of the foregoing document was served upon counsel of record
on March 28, 2006, by electronic and/or ordinary mail.

                                 s/William F. Lewis_____
                                 Case Manager